IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PERRY MILLER                              :
                                          :
v.                                        :     CIVIL NO. CCB-01-3262
                                          :
FREDERICK COUNTY SHERIFF'S                :
OFFICE, ET AL.                            :
                       ...o0o...

## ORDER

Pending motions and all related papers have been considered. For good cause shown, it is hereby **ORDERED** that:

1. the plaintiff's Motion for Leave to Amend Complaint is **Granted**;

2. all bases for an independent federal claim having been removed, and only state law claims remaining, the Plaintiff's Motion to Remand is **Granted**;

3. this case is hereby **Remanded** to the Circuit Court for Frederick County, Maryland; and

4. the Clerk shall **Close** this case.

_3/29/02_                                 _____
Date                                      Catherine C. Blake
                                          United States District Judge